# EXHIBIT 1

# CHARGE OF DISCRIMINATION

Utah Anti-Discrimination & Labor Division and EEOC

UALD No:
EEOC No:

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| James E. Loggins | (662) 858-9710 |

| STREET ADDRESS    CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 4441 S Garden Dr, Salt Lake City UT  84124 | May 03, 1985 |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME**  *(If more than one list below.)*

| NAME | TELEPHONE *(Include Area Code)* |
|---|---|
| Delta Air Lines Inc | (801) 575-2911 |

| STREET ADDRESS | COUNTY |
|---|---|
| 3920 W Terminal Dr, Salt Lake City UT  84122 | Salt Lake |

CAUSE OF DISCRIMINATION BASED ON:
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY
[ ] GENDER IDENTITY  [ ] SEXUAL ORIENTATION  [ ] RELIGIOUS LIBERTY PROTECTION  [ ] CONTINUING ACTION

DATE DISCRIMINATION TOOK PLACE
*EARLIEST*          *LATEST*
                    08/20/2024

THE PARTICULARS ARE *(If additional space is needed, attach extra sheets(s)):*

I was hired in November of 2016, as a ramp agent. I was later promoted to load distribution desk agent. I am black. I have reason to believe because of this, I have been subjected to discrimination.

I was fired on August 22, 2024, because my employer claimed that I had spread rumors about a sexual relationship between two other employees. I did no such thing, but my employer would not listen and treated me like I was a criminal who had been through the system before. I believe that they assumed that I was familiar with the disciplinary system because I was black, not because I had any disciplinary history (I don't.) I believe that I have been discriminated against because of my race.

I believe I have been discriminated against based on my race. I believe the acts of my employer are in violation of Title VII of the Civil Rights Act of 1964, and the Utah Antidiscrimination Act of 1965, all as amended.

I understand this charge will be filed with both the EEOC and the State or local Agency, if any, unless jurisdictional issues dictate otherwise. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare and affirm under criminal penalty under the law of Utah that the foregoing is true and correct.
Signed on the __16th__ day of __December__, at __Utah__.
         Date        Month      Year      City or other location, and state or country

James Loggins
Printed name

*James Loggins*
Signature