# EXHIBIT 2



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0041
Website:  www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)
Issued On:  07/22/2025

**To:**   James Loggins
          4441 S Garden Dr
          Salt Lake City, UT 84124

James Loggins v Delta Air Lines Inc.
EEOC Charge No: 35C-2025-00122
EEOC Representative and email:    Robin Campbell
                                  State, Local & Tribal Program Manager
                                  robin.campbell@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Melinda Caraballo
District Director

CC:
Kathleen Mones
Mones Law Group PC
191 Peachtree St NE Ste 3950
Atlanta, GA 30303

Michele Anderson-West
Anderson-West Law
885 Baxter Drive
South Jordan, UT 84095